UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:11 mj 1186

| | | |
|---|---|---|
| IN THE MATTER OF A SEARCH WARRANT FOR YAHOO EMAIL ACCOUNTS: hmtransport91@yahoo.com and hmtransport98@yahoo.com | : : : : : | ORDER TO SEAL APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT |

Upon motion of the United States, for good cause shown, and based upon the facts and reasons stated in the motion, it is hereby ORDERED that the Application and Affidavit for Search Warrant in the above-referenced matter, and the instant Motion to Seal, be sealed by the Clerk from this date until further order by this Court, except that a certified copy of the same be provided to the United States Attorney's Office and Special Agent Madeline Fillman (HHS/OIG).

This the 2nd day of ~~November~~ December, 2011.

_____
JAMES E. GATES
United States Magistrate Judge

I certify the foregoing to be a true and correct copy of the original.
Dennis P. Iavarone, Clerk
United States District Court
Eastern District of North Carolina
By _____
Deputy Clerk