UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:11-MJ-1186

IN THE MATTER OF THE SEARCH OF :
YAHOO EMAIL ACCOUNTS: : ORDER
hmtransport91@yahoo.com :
    and :
hmtransport98@yahoo.com :

This case comes before the court on the motion by the government to unseal the application and affidavit for search warrant. The government represents that the search warrant has been executed thereby rendering moot the need to maintain these documents under seal as set forth in the original motion to seal.

Having duly considered the motion, and for good cause shown, the court hereby GRANTS the motion. The Clerk shall unseal the application and affidavit for search warrant and provide a certified copy of this Order to the United States Attorney's Office.

SO ORDERED, this the ___6___ day of December, 2012.

                              UNITED STATES MAGISTRATE JUDGE